THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Vincent Leon Thornes, Appellant.
 
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-350
Submitted May 1, 2005  Filed May 23, 2005

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott; and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Vincent Leon Thornes appeals his guilty plea to one count of escape. Thornes argues the trial judge erred in accepting his guilty plea to the charge because the plea failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Thornes appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, STILWELL and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.